## L. S. Capozzi and Sons *v.* Brechemin (et al., Appellant).

Argued September 14, 1967. *Sheldon C.*

*Jelin,* with him *Wollman, Tracey & Schlesinger,* for appellant; *David P. Trulli,* with him *Vito F. Canuso,* for appellee.

Order affirmed.